**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Glenn Blair v. Angela McClinton

Appellate case number:   01-11-00701-CV

Trial court case number:  11DCV187301

Trial court:                      387th District Court of Fort Bend County

      Appellant has offered a reasonable explanation for failing to file the notice of appeal in a timely manner, but within 15 days of the time allowed by Rule 26.1. *See* TEX. R. APP. P. 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Accordingly, appellee's pending motion to dismiss is denied and appellant's notice of appeal is deemed timely filed. Appellant's request for extension to file a response is dismissed as moot.

Judge's signature:/s/ <u>Justice Evelyn V. Keyes</u>
                     ☑ Acting individually    ☐ Acting for the Court

Date: January 31, 2013